**STATE of Missouri, Respondent,**

v.

**Eugene LEATHERS, Appellant.**

**No. WD 59546.**

Missouri Court of Appeals,
Western District.

May 28, 2002.

Motion for Rehearing and/or Transfer to Supreme Court Denied July 2, 2002.

Application for Transfer Denied
Aug. 27, 2002.

Sarah Weber Patel, Asst. Public Defender, Kansas City, for Appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen., Linda Lemke, Asst. Atty. Gen., Jefferson City, for Respondent.

Before RONALD R. HOLLIGER, Judge, ROBERT G. ULRICH, Judge, and LISA WHITE HARDWICK, Judge.

## ORDER

Eugene Leathers appeals his conviction after a jury trial of assault in the second degree and armed criminal action. We have reviewed the briefs of the parties and the record on appeal, and find no error of law. A written opinion reciting the detailed facts and restating the applicable principles of law would have no precedential or jurisprudential value. However, the parties have been furnished with a memorandum opinion for their information only, setting forth the facts and reasons for this order.

The judgment of the trial court is affirmed in accordance with Rule 30.25(b).